USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Z.P., et al.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

23-CV-07479 (MMG)

**NOTICE OF REASSIGNMENT & ORDER**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, except that the status conference previously scheduled for March 12, 2024 is hereby adjourned *sine die*.

      Counsel are hereby ORDERED to file a joint status letter on ECF no later than **March 12, 2024**, informing the Court as to the status of the settlement discussions previously described to the Court in the joint letter dated January 12, 2024. If referral to the Magistrate Judge or the SDNY Mediation Program would be helpful for settlement purposes prior to that date, the parties should contact the Court promptly.

Dated: February 29, 2024
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge